# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JOSHUA ANTHONY JAMES BUTLER** | : CIVIL ACTION |
| v. | : NO. 18-1275 |
| **BERKS COUNTY JUDICIAL SYSTEM,** *et al.* | : |

## ORDER

**AND NOW**, this 3rd day of April 2018, upon considering *pro se* Plaintiff's Motion to proceed *in forma pauperis* (ECF Doc. No. 1), his *pro se* Complaint (ECF Doc. No. 1-1) and for reasons in the accompanying Memorandum, it is **ORDERED**:

1. We **GRANT** Plaintiff's Motion (ECF Doc. No. 1) to proceed *in forma pauperis*;

2. Joshua Anthony James Butler, #2015-0464, shall pay the full filing fee of $350 in installments under 28 U.S.C. § 1915(b). Based on his financial information, he is not assessed an initial partial filing fee. In each month when the amount in his inmate trust fund account exceeds $10.00, the Warden of the Berks County Jail or other appropriate official shall forward payments to the Clerk of Court equaling 20% of the preceding month's income credited to Mr. Butler's inmate trust fund account until the fees are paid. Each payment shall reference this docket number, Civil Action No. 18-1275.

3. The Clerk of Court is directed to send a copy of this Order to the Warden at the Berks County Jail.

4. We **DISMISS** the Complaint for failure to plead a claim under 28 U.S.C. § 1915(e)(2)(B)(ii) with leave to file an amended complaint as to possible responsible parties no

later than **May 4, 2018** identifying each defendant in the caption and pleading how each defendant violated his constitutional rights.

5. If Mr. Butler fails to timely file an amended complaint under this Order, we may dismiss his case for failure to prosecute without further notice.

KEARNEY, J.